In the matter of the application of Rosiana Jochim for a writ of habeas corpus. W. W. Pellet, for appellant. L. Wendel, Jr., for respondent. No opinion. Order affirmed. Order filed.

**JOHNSON v. CITY OF NEW YORK.** (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Action by John Martin Johnson, an infant, by Carolina Locke, his guardian ad litem, against the City of New York.

PER CURIAM. Judgment and orders affirmed, without costs.

BURR and THOMAS, JJ., dissent from the affirmance of the judgment in favor of plaintiff, and vote to reverse such judgment and to grant a new trial, upon the ground that no liability on the part of defendant is shown.

**JOHNSON v. RITER CONLEY MFG. CO.** (Supreme Court, Appellate Division, First Department. May 10, 1912.) Action by Alma C. Johnson against the Riter Conley Manufacturing Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 133 N. Y. Supp. 1004.

**JOHNSON, Appellant, v. STATE, Respondent.** (Supreme Court, Appellate Division, Third Department. May 28, 1912.) Action by Charles A. Johnson, as executor, etc., of Jane B. Johnson, deceased, against the State of New York. No opinion. Motion for reargument denied. For former opinion, see 135 N. Y. Supp. 496.

**JOSEPH BECK & SONS, Appellants, v. TYNBERG, Respondent (two cases).** (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Joseph Beck & Sons against Sigmund Tynberg. M. D. Steuer, for appellants. S. P. Goldman, for respondent. No opinion. Orders affirmed, without costs. Orders filed.

**In re JOSEPH FALLERT BREWING CO., Limited.** (Supreme Court, Appellate Division, Second Department. May 9, 1912.) In the matter of the application of the Joseph Fallert Brewing Company, Limited, for a writ of mandamus. No opinion. Motion to resettle order denied, without costs. See, also, 147 App. Div. 902, 131 N. Y. Supp. 1122.

**JURETIE, Respondent, v. NEW YORK & CUBA MAIL S. S. CO., Appellant.** (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Louis Juretie against the New York & Cuba Mail Steamship Company. No opinion. Judgment and order unanimously affirmed, with costs.

**KASPROVOSKI, Respondent, v. UNITED STATES GYPSUM CO., Appellant.** (Supreme Court, Appellate Division, Fourth Department.

June 5, 1912.) Action by Martin Kasprovoski against the United States Gypsum Company No opinion. Judgment and order affirmed, with costs.

**KAUFMAN, Respondent, v. KAUFMAN, Appellant.** (Supreme Court, Appellate Division, First Department. May 10, 1912.) Action by Anna Kaufman against John Kaufman. H. L. Jacobson, for appellant. C. S. Bostwick, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**KAVANAUGH v. McINTYRE et al.** (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Frederick W Kavanaugh against Thomas A. McIntyre and others. No opinion. Judgment and order (13? N. Y. Supp. 679) unanimously affirmed, with costs.

**KEIRNAN, Appellant, v. McDONALD, Respondent, et al.** (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Patrick J. Keirnan against James P McDonald, impleaded with others. M. Nussbaum, for appellant. G. Sumner, for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiff to serve an amended complaint on payment of costs in this court and in the court below. Order filed.

**KEITH, Appellant, v. CHAS. A. COWEN & CO., Respondents.** (Supreme Court, Appellate Division, First Department. April 19, 1912. Action by Boudinot Keith, as trustee, against Chas. A. Cowan & Co. E. V. Abbot, for appellant. J. W. McElhinney, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

**KENDALL, Respondent, v. ERDLE, Appellant.** (Supreme Court, Appellate Division Fourth Department. June 5, 1912.) Action by Horace I. Kendall against George F. Erdle No opinion. Judgment affirmed, with costs.

**KENEN, Respondent, v. SUPERIOR AXLE & FORGE CO., Appellant.** (Supreme Court Appellate Division, Fourth Department. May 15, 1912.) Action by Leonard C. Kenen against the Superior Axle & Forge Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals (from 134 N. Y. Supp. 1136) denied.

**KENNEY, Appellant, v. CITY OF NEW YORK, Respondent.** (Supreme Court, Appellate Division, Second Department. April 19, 1912. Action by Thomas Kenney against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

**KENT v. DE COPPET.** (Supreme Court Appellate Division, First Department. May 24

1912.) Action by Lottie Kent against Edward J. De Coppet. No opinion. Motion denied, with $10 costs. Order filed. See, also, 134 N. Y. Supp. 195.

---

KESHIN, BLITSTEIN & CO. v. BECKERMAN CONST. CO. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) In the matter of the mechanic's lien filed by Keshin, Blitstein & Co. against the Beckerman Construction Company.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, without costs, on the ground that Levin is to be considered the assignee of the Beckerman Construction Company, and is entitled to a refund of the deposit, as the lien had expired by limitation of law. See, also, 133 N. Y. Supp. 1128.

---

In re KILLAN'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. June 5, 1912.) In the matter of the estate of Mary Killan, deceased. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 143 App. Div. 956, 960, 129 N. Y. Supp. 1130.

---

KING, Respondent, v. HUDSON RIVER REALTY CO., Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by Albert V. King against the Hudson River Realty Company. C. D. W. Rogers, for appellant. A. S. Bacon, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 141 App. Div. 346, 126 N. Y. Supp. 536.

---

KINGSLEY, Respondent, v. McCASLIN, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 5, 1912.) Action by Herbert J. Kingsley against John McCaslin. No opinion. Judgment and order affirmed, with costs.

---

KINGSTON, Appellant, v. WALBRIDGE et al., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 1, 1912.) Action by Frank H. Kingston, an infant, etc., against Charles E. Walbridge and others. No opinion. Appeal dismissed, without costs, upon stipulation filed.

---

KIRCHHOFF, Respondent, v. HIRSCH, Appellant. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Laurenz Kirchhoff against Herman Hirsch. M. C. Heine, for appellant. L. Lowenstein, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

KLEIN v. GALLIN et al. (Supreme Court, Appellate Division, Second Department. May 9, 1912.) Appeal from Special Term, Kings County. Action by John Klein, as trustee, against Samuel Gallin and others. From a judgment for plaintiff, defendants Louis Grossman and another appeal. Reversed, and new

135 N.Y.S.—71

---

trial granted. See, also, 146 App. Div. 891, 130 N. Y. Supp. 1117. Robert H. Elder, of Brooklyn (Isaac Miller, on the brief), for appellants. Louis J. Altkrug, of Brooklyn, for respondent.

PER CURIAM. The nineteenth, twentieth, twenty-first, twenty-second, and twenty-third findings of fact are not only against the weight of evidence, but are without any evidence to sustain them; and likewise are the thirteenth and fourteenth findings of fact. The ninth, tenth, eleventh, and twelfth findings of fact are not supported sufficiently by the evidence. This situation requires a reversal of this judgment and a new trial, costs to abide the event. Inasmuch as a prior similar judgment in this action was likewise reversed by this court (136 App. Div. 383, 120 N. Y. Supp. 1036), this court now takes occasion to state that it must not be understood in any way as being of opinion that there may not be a recovery of judgment by the plaintiff in this action on a new trial, on sufficient proofs and a consistent determination of the facts presented by the proofs. That question is left entirely open. The judgment is reversed upon the law and facts, and a new trial is granted, costs to abide the final award of costs.

---

KLIGER v. ROSENFELD et al. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Max Kliger against Samuel Rosenfeld and another. No opinion. Motion granted. Case referred to official referee. Settle order on notice. See, also, 129 N. Y. Supp. 1130.

---

KNABE, Appellant, v. CATLIN & POWELL CO., Respondent. (Supreme Court, Appellate Division, First Department. May 3, 1912.) Action by Ernest J. Knabe, Jr., against the Catlin & Powell Company. S. F. Moran, for appellant. H. E. Parker, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 132 N. Y. Supp. 1134.

---

KNAPP v. UNITED STATES TRANSP. CO. (Supreme Court, Appellate Division, Fourth Department. May 22, 1912.) Action by Frank M. Knapp against the United States Transportation Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held: (1) That no actionable negligence of the defendant was shown. (2) That the finding of the jury that the plaintiff was free from contributory negligence is contrary to and against the weight of the evidence.

---

KNICKERBOCKER, Respondent, v. GENERAL RY. SIGNAL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 8, 1912.) Action by Edward F. Knickerbocker against the General Railway Signal Company. No opinion. Motion to amend decision denied. See, also, 140 App. Div. 922, 125 N. Y. Supp. 1127.